AO 245D    (Rev. 12/03) Judgment in a Criminal Case for Revocations
          Sheet 1

# UNITED STATES DISTRICT COURT

| EASTERN | District of | ARKANSAS |
|---|---|---|

UNITED STATES OF AMERICA
**V.**

**JUDGMENT IN A CRIMINAL CASE**
(For **Revocation** of Probation or Supervised Release)

FREDERICK LADELL GRAY

Case Number:        4:02cr00192-01 WRW

USM Number:       21476-009

Lisa Peters
Defendant's Attorney

**THE DEFENDANT:**

☐ admitted guilt to violation of condition(s) _____ of the term of supervision.

X   was found in violation of condition(s) _General_____ after denial of guilt.

The defendant is adjudicated guilty of these violations:

**FILED**
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

**MAY 2 3 2007**

JAMES W. McCORMACK, CLERK
By:_____
                                DEP CLERK

| Violation Number | Nature of Violation | Violation Ended |
|---|---|---|
| General | Failure to refrain from use of a controlled substance | 4/16/2007 |

        The defendant is sentenced as provided in pages 2 through ___2___ of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

☐   The defendant has not violated condition(s) _____ and is discharged as to such violation(s) condition.

        It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

Defendant's Soc. Sec. No.:    ***-**-1934_____

Defendant's Date of Birth:    **/**/1976_____

Defendant's Residence Address:

Redacted Pursuant to JCUS Policy_____

_____

_____

Defendant's Mailing Address:

Redacted Pursuant to JCUS Policy_____

_____

May 22, 2007_____
Date of Imposition of Judgment

_____
Signature of Judge

James M. Moody

UNITED STATES DISTRICT JUDGE_____
Name and Title of Judge

_____May 23, 2007_____
Date

AO 245D    (Rev. 12/03 Judgment in a Criminal Case for Revocations
           Sheet 2— Imprisonment

Judgment — Page ___2___ of ___2___

DEFENDANT:        FREDERICK LADELL GRAY
CASE NUMBER:      4:02cr00192-01 WRW

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of :    fourteen (14) months

X   The court makes the following recommendations to the Bureau of Prisons:
If available, Defendant shall participate in the RDAP intensive drug treatment program, and educational and vocational programs,  to enable him to obtain gainful employment upon release.
Defendant shall serve his term of imprisonment at FCI, Texarkana, Texas, to be near his family.

X   The defendant is remanded to the custody of the United States Marshal.

☐   The defendant shall surrender to the United States Marshal for this district:

 ☐   at _____ ☐ a.m.  ☐ p.m.   on _____ .

 ☐   as notified by the United States Marshal.

☐   The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

 ☐   before 2 p.m. on _____ .

 ☐   as notified by the United States Marshal.

 ☐   as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this judgment as follows:

_____

_____

_____

Defendant delivered on _____  to _____

a _____  with a certified copy of this judgment.


_____
UNITED STATES MARSHAL

By _____
DEPUTY UNITED STATES MARSHAL